**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6499**

ROBERT KOON, a/k/a Robert Holland Koon, a/k/a Robert H. Koon,

Plaintiff - Appellant,

v.

JOSEPH C. UBAH, Lee Correctional Institution Dentist,

Defendant - Appellee,

and

JAMES SLIGH, Regional Director, SCDC; WARDEN PADULA; JON OZMINT, Director, SCDC; JOHN DOE, Lee Correctional Institution Dentist,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Anderson. R. Bryan Harwell, District Judge. (8:06-cv-02000-RBH)

Submitted: May 22, 2008          Decided: June 2, 2008

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Koon, Appellant Pro Se. Andrew Frederick Lindemann, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Koon appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Koon v. Ubah</u>, No. 8:06-cv-02000-RBH (D.S.C. May 18, 2007; Mar. 18, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>